UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**Joe Hand Promotions, Inc.**

    v.

**Joseph Raymond Olivera et al**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-09-2501 FCD DAD

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Joseph Raymond Olivera, Individually and d/b/a Stooges of Stockton and Stooges, LLC in the amount of $8,375.00**

August 24, 2010

    VICTORIA C. MINOR, CLERK

    By:  _____/S/_____
        K.Owen , Deputy Clerk